UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE LEE PAYMENT,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. DAVID BREWER; C/O SERGIO ROCHA; C/O JAMES POWELL; and C/O DANIEL STODDARD, in their individual and official capacities,<br><br>    Defendants. | NO. 4:18-cv-05125-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Voluntary Dismissal Without Prejudice, ECF No. 36. The parties stipulate and request the Court dismiss this matter without prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Voluntary Dismissal Without Prejudice, ECF No. 36, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED without prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

**ORDER OF DISMISSAL** * 1

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 10th day of January 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** * 2